UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MILLICENT HILL,

JUDGMENT
08-CV- 4134 (ARR)

                             Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                             Defendant.
---------------------------------------------------------------------X

        An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 15, 2010, granting the defendant's motion for judgment on the pleadings; and directing the Clerk of Court to enter a final judgment for the defendant in the amount of $14,303.00; it is

        ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is granted; and that it is further,

        ORDERED and ADJUDGED that final judgment is hereby entered for defendant, Michael J. Astrue, Commissioner of Social Security, in the amount of $14,303.00.

Dated: Brooklyn, New York
          January 15, 2010

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court